UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

VINCENT PAPP, Individually and on Behalf
of All Other Persons Similarly Situated,

        Plaintiff,

        vs.                      Civil Action No. 1:17-cv-05393

WAWA, INC.

        Defendants.

## JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL

PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Vincent Papp ("Plaintiff") and Wawa, Inc. ("Defendant") (collectively "the Parties"), through their counsel of record, that the above-captioned action be dismissed without prejudice. The Parties further stipulate that Plaintiff and Defendant shall bear their own fees and costs.

IT IS SO STIPULATED.

| HEPWORTH GERSHBAUM & ROTH | MORGAN, LEWIS & BOCKIUS, LLP |
|---|---|
| May 18, 2018 | May 18, 2018 |
| By: *s/ Marc Hepworth*<br>    Marc Hepworth<br>    192 Lexington Avenue, Suite 802<br>    New York, New York 10016 | By: *s/ Michael Puma*<br>    Michael J. Puma<br>    1701 Market Street<br>    Philadelphia, Pennsylvania 19103-2921 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**IT IS SO ORDERED**

_____
Magistrate Judge Donio

**Dated:** _____